# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 8, 2011

No. 11-40188
Summary Calendar

Lyle W. Cayce
Clerk

ANTWON PARKER,

Plaintiff - Appellant

v.

JEANIE ALLISON; AMY JONES; PATRICK COOPER; NEAL WEB; MICHAEL
SIZEMORE,

Defendants - Appellees

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:10-CV-296

Before SMITH, BARKSDALE, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Proceeding *pro se* and *in forma pauperis*, Antwon Parker, Texas prisoner # 1311517, appeals from the dismissal of five of the nine defendants to his 42 U.S.C. § 1983 civil-rights action. Our jurisdiction is limited to appeals from "final decisions of the district courts". 28 U.S.C. § 1291. "[A]ny decision that adjudicates the liability of fewer than all the parties does not terminate the action unless the district court (1) expressly determines that there is no just

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-40188

reason for delay and (2) expressly directs the entry of judgment". *Thompson v. Betts*, 754 F.2d 1243, 1245 (5th Cir. 1985) (citing FED. R. CIV. P. 54(b)).

The district court's order did not dispose of Parker's claims against all defendants and did not provide for an appeal under Rule 54(b). Accordingly, that order is not a final judgment; and, therefore, our court lacks jurisdiction to consider the instant appeal.

DISMISSED.